

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

In re:　　THOMAS PER KJELLMAN　　　*

　　　　　　　　　　　　　　　　　　　*　　Case No.　　06-18197-WIL

　　　　　　　　　　　　　　　　　　　*　　Chapter　　7

　　　　　　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　　　　　　*

　　　　　　　Debtor.　　　　　　　　*

## STATEMENT OF REVIEW

　　The Court has before it the Reaffirmation Agreement [16] between Debtor and Wells Fargo Home Mortgage filed on March 5, 2007. This Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:　　Debtor
　　　　Debtor's Attorney - Suren G. Adams
　　　　Trustee
　　　　U.S. Trustee
　　　　Reaffirmation Agreement Creditor - Wells Fargo Home Mortgage

**End of Order**

Reaff-34.4 - 2/9/07