

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re:　THOMAS PER KJELLMAN | * | |
| | * | Case No.　06-18197-WIL |
| | * | Chapter　7 |
| | * | |
| | * | |
| Debtor. | * | |

**STATEMENT OF REVIEW**

The Court has before it the Reaffirmation Agreement [20] between Debtor and Homecomings Financial Network filed on March 10, 2007. This Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:　Debtor
　　　Debtor's Attorney - Suren G. Adams
　　　Trustee
　　　U.S. Trustee
　　　Reaffirmation Agreement Creditor - Homecomings Financial Network

**End of Order**

Reaff-34.4 - 2/9/07